IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BOWMAN,<br><br>Defendant,<br><br>and<br><br>WADDELL & REED, INC.,<br><br>Garnishee Defendant. | Case No. 10-CR-95-BBC-01 |

## ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter because Garnishee Defendant does not posses any property belonging to the defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this  6th  day of  October , 2010.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge